**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**KRISTIN HANDY,** *et al.*                                                                                          **PLAINTIFF**

**v.**                                         **Case No. 3:20-cv-00055 KGB**

**LANGSTON COMPANIES, INC.**                                                                             **DEFENDANT**

**ORDER**

On December 31, 2020, Chief Judge D.P. Marshall Jr. issued Administrative Order Ten–Court Operations During The COVID-19 Pandemic ("Administrative Order Ten"), canceling all civil jury trials scheduled through March 23, 2021.[1]  This case is currently set for a bench trial on February 22, 2021.  The Court, on its own motion, removes this case from the February 22, 2021, trial calendar given concerns recognized by the Court in Administrative Order Ten.

The Court also on its own motion hereby extends all unexpired pretrial deadlines set forth in the Court's currently in-effect final scheduling order (Dkt. No. 8).

The Court will reset this matter for a bench trial by separate order and will issue an amended final scheduling order that resets all unexpired pretrial deadlines.

Dated this 2nd day of February, 2021.

Kristine G. Baker
United States District Judge

---

[1] Administrative Order Ten is publicly accessible at: https://www.are.uscourts.gov/news/administrative-order-ten-court-operations-during-covid-19-pandemic