IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**KRISTIN HANDY, JELESSA WILLIAMS,**
and **CEDRIC CLARK,** each individually and
on behalf of all others similarly situated;                                    **PLAINTIFFS**

v.                                    Case No.  3:20-cv-00055 KGB

**LANGSTON COMPANIES, INC.,**                                    **DEFENDANT**

## ORDER

Before the Court is the parties' joint motion for a settlement conference (Dkt. No. 10). The parties represent that they have discussed settlement parameters and request that the Court set a settlement conference. For good cause shown, the Court grants the parties' joint motion for a settlement conference (Dkt. No. 10). The Court refers this matter to United States Magistrate Judge Edie Ervin to schedule and conduct a settlement conference between the parties.

So ordered this 26th day of August, 2021.

_____
Kristine G. Baker
United States District Judge