IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**KRISTIN HANDY, JELESSA WILLIAMS,**
and **CEDRIC CLARK,** each individually and
on behalf of all others similarly situated;                                                                           **PLAINTIFFS**

v.                                    Case No.  3:20-cv-00055 KGB

**LANGSTON COMPANIES, INC.,**                                                                                        **DEFENDANT**

### ORDER

Before the Court is the parties' joint notice of settlement (Dkt. No. 14).  The parties represent that they are in the process of finalizing settlement terms and expect to file a stipulation of dismissal within 30 days.  As a result, the parties request that all deadlines be stayed.  For good cause shown, the Court grants the parties' request and stays this matter to permit the parties to negotiate settlement.  Based on the parties' notice, the settlement conference scheduled for November 10, 2021, before United States Magistrate Judge Edie Ervin has been canceled (Dkt. No. 15).  The parties are directed to file within 30 days of the entry of this Order a joint status report.

So ordered this 12th day of November, 2021.

_____
Kristine G. Baker
United States District Judge