IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**KRISTIN HANDY, JELESSA WILLIAMS,**
and **CEDRIC CLARK**, each individually and
on behalf of all others similarly situated                                                **PLAINTIFFS**

v.                                  Case No.  3:20-cv-00055 KGB

**LANGSTON COMPANIES, INC.**                                                           **DEFENDANT**

## ORDER

     Before the Court is the parties' joint status report (Dkt. No. 17).  On November 12, 2021, the Court stayed this matter to permit the parties to negotiate settlement and directed the parties to file a joint status report within 30 days (Dkt. No. 16).  The parties represent that they have drafted a settlement agreement but require more time in order to edit the agreement to the satisfaction of all parties (Dkt. No. 17, ¶ 4).  The parties further represent that they anticipate filing their dismissal documents or another status update by January 3, 2022 (*Id.*, ¶ 5).  Based on the parties' joint status report, the Court stays this matter to permit the parties to finalize settlement.  The parties are directed to file by January 3, 2022, their dismissal documents or another joint status report.

     So ordered this 17th day of December, 2021.

                                                  _____
                                                  Kristine G. Baker
                                                  United States District Judge