IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**KRISTIN HANDY, JELESSA WILLIAMS,**
and **CEDRIC CLARK**, each individually and
on behalf of all others similarly situated                                              **PLAINTIFFS**

v.                                    Case No.  3:20-cv-00055 KGB

**LANGSTON COMPANIES, INC.**                                                            **DEFENDANT**

## ORDER

Before the Court is the parties' joint status report (Dkt. No. 19).  On December 17, 2021, the Court stayed this matter to permit the parties to finalize settlement and directed the parties to file their dismissal documents or another joint status report by January 3, 2022 (Dkt. No. 18).  The parties represent that they anticipate filing their dismissal documents or another status update by January 17, 2022 (Dkt. No. 19, ¶ 5).  Based on the parties' joint status report, the Court stays this matter to permit the parties to finalize settlement.  The parties are directed to file by January 17, 2022, their dismissal documents or another joint status report.

So ordered this 4th day of January, 2022.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge