IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

KRISTIN HANDY, JELESSA WILLIAMS,
and CEDRIC CLARK, each individually and
on behalf of all others similarly situated                                             PLAINTIFFS

v.                                    Case No.  3:20-cv-00055 KGB

LANGSTON COMPANIES, INC.                                                               DEFENDANT

## ORDER

Before the Court is the parties' joint status report (Dkt. No. 25).  On January 31, 2022, the Court stayed this matter to permit the parties to finalize settlement and directed the parties to file their dismissal documents or another joint status report by February 14, 2022 (Dkt. No. 24).  The parties represent that they anticipate filing their dismissal documents or another status update by March 7, 2022 (Dkt. No. 25, ¶ 5).  Based on the parties' joint status report, the Court stays this matter to permit the parties to finalize settlement.  The parties are directed to file by March 7, 2022, their dismissal documents or another joint status report.

So ordered this 28th day of February, 2022.

_____
Kristine G. Baker
United States District Judge