IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**KRISTIN HANDY, JELESSA WILLIAMS and**                                    **PLAINTIFFS**
**CEDRIC CLARK, Each Individually and on**
**Behalf of All Others Similarly Situated**

vs.                                       No. 3:20-cv-55-KGB

**LANGSTON COMPANIES, INC.**                                              **DEFENDANT**

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Kristin Handy, Jelessa Williams and Cedric Clark, and Defendant Langston Companies, Inc., by and through their respective undersigned counsel, submit the following for their Joint Stipulation of Dismissal with Prejudice:

1. Plaintiffs brought this action against Defendant alleging violations of the overtime provisions of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.*, and the Arkansas Minimum Wage Act ("AMWA"), Ark. Code Ann. § 11-4-201, *et seq.*

2. After arm's length negotiations in which Plaintiffs and Defendant were represented by counsel, Plaintiffs and Defendant reached an agreement in principle that resolves all claims in this lawsuit; Plaintiffs and Defendant believe their agreement is a fair, reasonable and adequate compromise of a bona fide dispute.

3. The parties file this stipulation of dismissal with prejudice pursuant to Rule 41(a)(1)(A)(ii), which allows a case to be dismissed by stipulation if signed by all parties who have appeared.

4. The parties hereby stipulate to the dismissal of this action with prejudice.

Page 1 of 2
Kristin Handy, et al. v. Langston Companies, Inc.
U.S.D.C. (E.D. Ark.) No. 3:20-cv-55-KGB
Joint Stipulation of Dismissal with Prejudice

|  | Respectfully submitted, |
|---|---|
|  | **KRISTIN HANDY, JELESSA WILLIAMS and CEDRIC CLARK, PLAINTIFFS** |
|  | SANFORD LAW FIRM, PLLC<br>Kirkpatrick Plaza<br>10800 Financial Centre Pkwy, Suite 510<br>Little Rock, Arkansas 72211<br>Telephone: (501) 221-0088<br>Facsimile: (888) 787-2040 |
|  | Daniel Ford<br>Ark. Bar No. 2014162<br>daniel@sanfordlawfirm.com |
|  | Josh Sanford<br>Ark. Bar No. 2001037<br>josh@sanfordlawfirm.com |
| and | **DEFENDANT LANGSTON COMPANIES, INC.** |
|  | GLANKLER BROWN, PLLC<br>6000 Poplar Avenue, Suite 400<br>Memphis, Tennessee 38119<br>Telephone: (901) 576-1715<br>Facsimile: (901) 525-2389 |
|  | */s/ Robert D. Meyers*<br>Robert D. Meyers<br>Ark. Bar No. 2005008<br>rmeyers@glankler.com |
|  | Aubrey B. Greer<br>Tenn. Bar No. 35613<br>agreer@glankler.com |

**Page 2 of 2**
**Kristin Handy, et al. v. Langston Companies, Inc.**
**U.S.D.C. (E.D. Ark.) No. 3:20-cv-55-KGB**
**Joint Stipulation of Dismissal with Prejudice**