IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**KRISTIN HANDY, JELESSA WILLIAMS,**
and **CEDRIC CLARK,** each individually and
on behalf of all others similarly situated                                                **PLAINTIFFS**

v.                                   Case No. 3:20-cv-00055 KGB

**LANGSTON COMPANIES, INC.**                                                              **DEFENDANT**

## ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice, which the Court understands based on communication with counsel settles the claims of the three named individual plaintiffs only (Dkt. No. 27). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the joint stipulation of dismissal. The action is dismissed with prejudice.

So ordered this 20th day of December, 2022.

_____
Kristine G. Baker
United States District Judge